THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN TRISVAN, Appellant, v HAROLD GRAHAM, Superintendent, Auburn Correctional Facility, Respondent. [869 NYS2d 835]

Present—Scudder, P.J., Martoche, Smith, Green and Gorski, JJ.